| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Steve C. | United States District Court, Northern District of Georgia | 08/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge -- Active Status | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

1967 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Board Member | University of Georgia Board of Visitors |
| 3. Board Member | University of Georgia Athletic Board |
| 4. Managing Trustee | University of Georgia Foundation |
| 5. Member (ex officio), Board of Trustees | Athens Academy |
| 6. Director | Athens Area Community Foundation |
| 7. | |
| 8. Advisory Board Member | National Football Foundation, UGA Hall of Fame Chapter |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | Steve C. Jones & Georgia Judicial Retirement Systems, pension upon age 60 and minimum of 10 years of service |
| 2. 1978 | Steve C. Jones & Unified Government of Athens-Clarke County, GA, pension upon retirement at age 62, with eligibility for receipt of early benefits at age 56 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 08/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Unified Government of Athens-Clarke County, GA, fixed benefits from vested pension plan | $11,496.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | self-employed seamstress |
| 2. | 2015 | Clarke County School District (retirement compensation) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institute of Continuing Legal Education, GA. | 05/22/2015 - 05/23/2015 | Amelia Island, Florida | Presentation on the Hague Convention | transportation, meals, hotel |
| 2. | American Bar Association | 04/15/2015 - 04/17/2015 | New Orleans, L.A. | Panelist for Litigation Section | transportation, hotel, meals |
| 3. | Department of Justice | 01/12/2015 -01/15/2015 | Columbia, South Carolina | Training & Evaluations | transportation, meals, hotel |
| 4. | IP Inn of Court | 04/10/2015 - 04/11/2015 | Adairsville, Georgia | Panelist for Patent Litigation | transportation, meals, hotel |
| 5. | University of Georgia | 12/30/2015 - 01/02/2016 | Jacksonville, Florida | Taxslayer Bowl Game | tranportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 08/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of Georgia | Taxslayer Bowl Game Tickets | $200.00 |
| 2. | University of Georgia | NCAA 2015 Basketball Championship Tickets | $200.00 |
| 3. | University of Georgia | Bullova Leather Band Watch ( UGA Athletic Board) | $110.00 |
| 4. | University of Georgia | 2015 Football Season Tickets | $630.00 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | mortgage on rental property #1 (Athens, Georgia, Part VII, line 1) | L |
| 2. | Wells Fargo | mortgage on rental property #2 (Athens, Georgia, Part VII, line 2) | K |
| 3. | Athens First Bank & Trust | line of credit (unsecured) | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property #1, Athens, GA | D | Rent | M | W | | | | | |
| 2. rental property #2, Athens, GA | D | Rent | L | W | | | | | |
| 3. rental property # 3, Compton, CA | E | Rent | M | W | | | | | |
| 4. rental property #4, Compton, CA | D | Rent | M | W | | | | | |
| 5. Athens First IRA (cd holdings) | A | Interest | J | T | | | | | |
| 6. rental property #5, Athens, GA. (X) | D | Rent | L | W | | | | | |
| 7. | | | | | | | | | |
| 8. Commercial Bank -- CD | A | Int./Div. | J | T | | | | | |
| 9. IRA # 1 | D | Interest | N | T | | | | | |
| 10. -VALIC Stock Index Fund (VSTIX) | | | | | | | | | |
| 11. -Vanguard Windsor II (VWNFX) | | | | | | | | | |
| 12. -VALIC Mid Cap Index Fund (VMIDX) | | | | | | | | | |
| 13. -VALIC Small Cap Value Fund (VCSVX) | | | | | | | | | |
| 14. -VALIC Int'l Equities Fund (VCIEX) | | | | | | | | | |
| 15. -VALIC Fixed Account Plus | | | | | | | | | |
| 16. -Vanguard LT Inv. Grade Fund (VWESX) | | | | | | | | | |
| 17. -VALIC Science & Technology Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Clarke Co. Bd. of Ed. 457 Plan - 100 % Fixed Account Plus Fund | A | Interest | M | T | | | | | |
| 19. ING ReliaStar - Annuity (now VOYA Financial) | B | Interest | L | T | | | | | |
| 20. Invesco American Franchise Fund, Class C, VAFCX | A | Dividend | J | T | | | | | |
| 21. IRA # 2 | E | Int./Div. | M | T | | | | | |
| 22. -Invesco - convertible securities | | | | | | | | | |
| 23. - BlackRock Strategic, Inc. | | | | | | | | | |
| 24. -Fidelity Advisor Strategic, Inc. | | | | | | | | | |
| 25. -Fidelity Cash Reserves | | | | | | | | | |
| 26. -PIMCO Income Fund CL C | | | | | | | | | |
| 27. -Ivy High Income CL C | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. -JPMorgan Income Builder Fund Class C | | | | | | | | | |
| 30. -American Capital Income Builder CL C | | | | | | | | | |
| 31. -Franklin Rising Dividends Class C | | | | | | | | | |
| 32. -Fidelity Advisor New Insights CL C | | | | | | | | | |
| 33. Total Systems Services--common stock | A | Dividend | | | Sold | 05/20/15 | J | C | |
| 34. Synovus Financial Corp.--common stock | A | Dividend | | | Sold | 05/20/15 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Item 1, The Chase Bank Mortgage was refinanced through Wells Fargo.

Part VII, Item 19, The VOYA Financial is a fixed rate annuity.

Part VII, Item 32, On August 11, 2014, the Morgan Stanley D W was redeemed and Fidelity Advisor was purchased with the funds on August 26, 2014.

Part V, I inadvertently failed to include in my 2014 Financial Disclosure the following gift: University of Georgia, Belk Bowl Game Tickets, $170.00.

Part VI , I inadvertently failed to include in my 2014 Financial Disclosure the following reimbursement: University of Georgia, 12/30/2014, Charlotte, N.C., transportation, meals, hotel.

Part I, Item 1, My term as Immediate Past President ended.

Part I, Item 7, I am no longer on the Board.

Part V, I inadvertently failed to include in my 2014 Financial Disclosure Season Football Tickets from the University of Georgia (Valued at $630.00).

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 08/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steve C. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544